**ORIGINAL**

Colleen Clark, SBN 101219
Michael S. Morse, SBN: 164146
BOLINGER & ASSOCIATES
A Professional Corporation
2300 Contra Costa Blvd., Suite 285
Pleasant Hill, CA 94523-3967
Phone: (925) 671-2200

Kenneth W. Bolinger, SBN 55477
Attorney for Plaintiff
Our File No. 255115/56

FILED
MAY 2 6 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

LODGED
MAY 2 4 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALLSTATE INSURANCE COMPANY, ) CASE NO. 106-CV-150 OWW LJO
) 
) 
) **REQUEST FOR DISMISSAL**
) 
Plaintiffs, ) 
v. ) 
) 
UNITED STATES OF AMERICA, ) 
et al., ) 
Defendants. ) 
) 

TO THE CLERK OF THE COURT: Please dismiss the above-captioned case as follows: Without prejudice as to the entire action, each side to bear their own costs.

Date: 05/18/2006

BOLINGER & ASSOCIATES

_____
COLLEEN CLARK
Attorney for Plaintiff
ALLSTATE INSURANCE COMPANY

It is so Ordered. Dated: 5-24-06

_____
United States District Judge

-1-

Case No. 106-CV-150 OWW CJO
Request for Dismissal